UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,                                  Case No. 16-20693-1
                                                  Hon. Matthew F. Leitman

v.

**D-1, JAYVON ANTHONY WILLIAMS**,

    Defendant.

_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION
## FOR HABEAS CORPUS AND OTHER RELIEF (ECF #54)

Defendant Jayvon Anthony Williams filed a motion for habeas corpus relief and release from custody (ECF #54). Since the filing of that motion, the United States Bureau of Prisons has released Defendant from custody because he completed his sentence. Accordingly, the pending motion is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2019, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764